BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANA BACHIS, | ) |
| | ) Case No.: 2:13-cv-2479 TLN AC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RAND BEERS, et al., | ) **JOINT STIPULATION AND ORDER** |
| | ) **RE: EXTENSION OF TIME** |
| Defendants. | ) |
| | ) |
| | ) |

This is an immigration case in which plaintiff has challenged the alleged delay in the adjudication of her adjustment of status application by U.S. Citizenship and Immigration Services (CIS). The parties are exploring the possibility of a resolution of this matter at the administrative level, and accordingly stipulate to a 60 day extension of time in which the government's answer may be filed, until August 11, 2014.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Dated: June 4, 2014

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney

s/ Douglas Lehrman
DOUGLAS LEHRMAN
Attorney for the Plaintiff

ORDER

The time for the filing of the government's answer is extended to August 11, 2014.

Dated: June 5, 2014

Troy L. Nunley
United States District Judge