BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANA BACHIS, | ) |
| | ) Case No.: 2:13-cv-2479 TLN AC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RAND BEERS, et al., | ) **JOINT STIPULATION AND ORDER** |
| | ) **RE: DISMISSAL** |
| Defendants. | ) |
| | ) |
| | ) |

    This is an immigration case in which plaintiff has challenged the alleged delay in the adjudication of her adjustment of status application by U.S. Citizenship and Immigration Services (CIS).  The application has now been adjudicated, and the parties stipulate to dismissal of this action in its entirety, each side to bear its own costs of litigation.

Dated: July 28, 2014                        Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   s/ Audrey B. Hemesath
                                                   AUDREY B. HEMESATH
                                                   Assistant United States Attorney

                                                   s/ Douglas Lehrman

DOUGLAS LEHRMAN
Attorney for the Plaintiff

ORDER

The matter is dismissed.

Dated: July 31, 2014

_____
Troy L. Nunley
United States District Judge